JOHN L. LAWRENCE, Respondent, *v.* GEORGE W. SMITH et al.,
Composing the Board of Supervisors of the County of
Queens, et al., Respondents.

THE SUBURBAN ELECTRIC LIGHT COMPANY OF VALLEY STREAM,
L. I., et al., Appellants.

*Lawrence* v. *Smith,* 39 App. Div. 639, affirmed.
(Argued December 17, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
March 21, 1899, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term.

*Henry A. Monfort* for appellants.

*William S. Cogswell* for John L. Lawrence, respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON
and WERNER, JJ. Not sitting: CULLEN, J.

---

ELIZABETH L. NELSON, Appellant, *v.* THE LEHIGH VALLEY
RAILROAD COMPANY, Respondent.

*Nelson* v. *Lehigh Valley R. R. Co.,* 37 App. Div. 631, affirmed.
(Argued December 17, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
February 10, 1899, affirming a judgment in favor of defend-
ant entered upon a verdict directed by the court, and an order
denying a motion for a new trial.

*George A. Carnahan* for appellant.

*Joseph W. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON,
CULLEN and WERNER, JJ.